UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of COMARK BUILDING SYSTEMS, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, an Alaska limited liability company; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>    Defendants. | NO.  3:10-cv-05160-KLS<br><br>STIPULATION AND ORDER RE SUBSTITUTION OF PARTIES<br><br>CLERK'S ACTION REQUIRED |

## I.    STIPULATION

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree that Robert Milbank, Jr., as Chapter 7 Trustee for the bankruptcy estate of Modular Structures International, Inc., may be substituted as plaintiff/counterclaim defendant in the above-captioned action in place of Comark Building Systems, Inc. for all purposes.

STIPULATION AND ORDER RE SUBSTITUTION OF
PARTIES – 1

Ahlers&Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900   Fax: (206) 287-9902

117646.1/100654.2

DATED this 26th day of September, 2011.

**AHLERS & CRESSMAN PLLC**


By:/s/ Ryan W. Sternoff
    Douglas R. Roach, WSBA No. 21127
    Ryan W. Sternoff, WSBA No. 37021
    Attorneys for Robert Milbank, Jr., as Chapter
    7 Trustee for the Bankruptcy Estate of
    Modular Structures International, Inc.

DATED this 26th day of September, 2011.

**BALL JANIK LLP**


By:/s/ Kevin A. Rosenfield
    Mark G. Jackson, WSBA No. 18325
    Kevin A. Rosenfield, WSBA No. 34972
    Attorneys for Alutiiq International Solutions,
    Inc. and Safeco Insurance Company of
    America

## II.   ORDER

This matter having come before the Court on the foregoing stipulation of the parties, the Court hereby ORDERS that Robert Milbank, Jr., as Chapter 7 Trustee for the bankruptcy estate of Modular Structures International, Inc., is substituted as plaintiff/counterclaim defendant in the above-captioned action in place of Comark Building Systems, Inc. for all purposes.

IT IS SO ORDERED this 27th day of September, 2011.


Karen L. Strombom
United States Magistrate Judge

STIPULATION AND ORDER RE SUBSTITUTION OF
PARTIES – 2

117646.1/100654.2



Ahlers&Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900   Fax (206) 287-9902

1

Presented by:

**AHLERS & CRESSMAN PLLC**

2

3

By:/s/ Ryan W. Sternoff

4

Douglas R. Roach, WSBA No. 21127

5

Ryan W. Sternoff, WSBA No. 37021
Attorneys for Robert Milbank, Jr., as

6

Chapter 7 Trustee for the Bankruptcy
Estate of Modular Structures International,

7

Inc.

8

**BALL JANIK LLP**

9

10

By:/s/ Kevin A. Rosenfield

11

Mark G. Jackson, WSBA No. 18325
Kevin A. Rosenfield, WSBA No. 34972

12

Attorneys for Alutiiq International
Solutions, Inc. and Safeco Insurance

13

Company of America

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER RE SUBSTITUTION OF
PARTIES – 3

117646.1/100654.2

