UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of COMARK BUILDING SYSTEMS, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, an Alaska limited liability company; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Defendants. | NO. 3:10-cv-05160-KLS<br><br>STIPULATION AND ORDER RE SUBSTITUTION OF PARTIES<br><br>CLERK'S ACTION REQUIRED |

## I. STIPULATION

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree that Robert Milbank, Jr., as Chapter 7 Trustee for the bankruptcy estate of Modular Structures International, Inc., may be substituted as plaintiff/counterclaim defendant in the above-captioned action in place of Comark Building Systems, Inc. for all purposes.

STIPULATION AND ORDER RE SUBSTITUTION OF PARTIES – 1

117646.1/100654.2

Ahlers & Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900  Fax: (206) 287-9902

DATED this 26th day of September, 2011.

**AHLERS & CRESSMAN PLLC**

By: /s/ Ryan W. Sternoff
    Douglas R. Roach, WSBA No. 21127
    Ryan W. Sternoff, WSBA No. 37021
    Attorneys for Robert Milbank, Jr., as Chapter 7 Trustee for the Bankruptcy Estate of Modular Structures International, Inc.

DATED this 26th day of September, 2011.

**BALL JANIK LLP**

By: /s/ Kevin A. Rosenfield
    Mark G. Jackson, WSBA No. 18325
    Kevin A. Rosenfield, WSBA No. 34972
    Attorneys for Alutiiq International Solutions, Inc. and Safeco Insurance Company of America

## II. ORDER

This matter having come before the Court on the foregoing stipulation of the parties, the Court hereby ORDERS that Robert Milbank, Jr., as Chapter 7 Trustee for the bankruptcy estate of Modular Structures International, Inc., is substituted as plaintiff/counterclaim defendant in the above-captioned action in place of Comark Building Systems, Inc. for all purposes.

IT IS SO ORDERED this 27th day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

STIPULATION AND ORDER RE SUBSTITUTION OF PARTIES – 2



117646.1/100654.2

Presented by:
**AHLERS & CRESSMAN PLLC**

By:/s/ Ryan W. Sternoff
Douglas R. Roach, WSBA No. 21127
Ryan W. Sternoff, WSBA No. 37021
Attorneys for Robert Milbank, Jr., as Chapter 7 Trustee for the Bankruptcy Estate of Modular Structures International, Inc.

**BALL JANIK LLP**

By:/s/ Kevin A. Rosenfield
Mark G. Jackson, WSBA No. 18325
Kevin A. Rosenfield, WSBA No. 34972
Attorneys for Alutiiq International Solutions, Inc. and Safeco Insurance Company of America

STIPULATION AND ORDER RE SUBSTITUTION OF PARTIES – 3



117646.1/100654.2